DANIEL G. BOGDEN
United States Attorney
STEVEN W. MYHRE
NICHOLAS D. DICKINSON
Assistant United States Attorneys
NADIA J. AHMED
ERIN M. CREEGAN
Special Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY,<br>RYAN W. PAYNE,<br>PETER T. SANTILLI, Jr.,<br>MELVIN D. BUNDY,<br>DAVID H. BUNDY,<br>BRIAN D. CAVALIER,<br>BLAINE COOPER,<br>GERALD A. DELEMUS,<br>ERIC J. PARKER,<br>O. SCOTT DREXLER,<br>RICHARD R. LOVELIEN,<br>STEVEN A. STEWART,<br>TODD C. ENGEL,<br>GREGORY P. BURLESON,<br>JOSEPH D. O'SHAUGHNESSY,<br>MICAH L. McGUIRE, and<br>JASON D. WOODS,<br><br>Defendants. | 2:16-CR-00046-GMN-PAL<br><br>**ORDER UNSEALING SUPERSEDING CRIMINAL INDICTMENT AND ALL ARREST WARRANTS** |

This matter coming on the government's Motion to Unseal Superseding Criminal Indictment and Arrest Warrants, the premises therein having been considered, and good cause showing, the Motion is hereby **GRANTED.**

**IT IS HEREBY ORDERED** that the Superseding Criminal Indictment and all Arrest Warrants issued therefrom, shall be, and are, unsealed.

**DATED** this 3rd day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE